```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 15464
   JOYCE MARGARET JUENGER
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-7823
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 04/20/05 and confirmed on 06/20/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 81400.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK HOME MTGE | CURRENT MORTG | 51698.25 | .00 | 51698.25 |
| ECAST SETTLEMENT CORP | UNSECURED | 1547.85 | .00 | 394.58 |
| GE MONEY BANK | SECURED | 675.00 | 30.74 | 675.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 42511.36 | .00 | 10836.98 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 30037.36 | .00 | 7657.11 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 311.71 | .00 | 79.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 551.57 | .00 | 140.61 |
| KANE COUNTY TEACHERS CU | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 641.25 | .00 | 163.47 |
| US BANK HOME MTGE | MORTGAGE ARRE | 1039.93 | .00 | 1039.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2094.81 | .00 | 534.01 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 53413.18 | .00 | 77695.91 | .00 | 131109.09 |
| PRINCIPAL PAID | 53413.18 | .00 | 19806.22 | .00 | 73219.40 |
| INTEREST PAID | 30.74 | .00 | .00 | .00 | 30.74 |
| TOTAL PAID | 53443.92 | .00 | 19806.22 | .00 | 73250.14 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $ 2700.00
and was paid $   2700.00 .

The Trustee received $   3249.86 .

Refunds to the Debtor totaled $   2200.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 07/18/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                          PAGE  2
        CASE NO. 05 B 15464 JOYCE MARGARET JUENGER
```